UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 20-cv-03044-TSH<br><br>**ORDER TO SHOW CAUSE** |

On May 5, 2020, Plaintiff State Farm Mutual Automobile Insurance Company filed this Federal Tort Claims Act case against the government for damages related to a vehicle accident with its insured. As there was no indication State Farm served the government in accordance with Federal Rule of Civil Procedure 4, the Court vacated the case management conference and ordered it to file a status report by August 13, 2020. ECF No. 6. State Farm has failed to respond and no proof of service of the summons and complaint has been filed. "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Accordingly, the Court **ORDERS** State Farm to show cause, in writing and no later than August 31, 2020, why this case should not be dismissed for failure to serve within the time required by Rule 4(m). <u>Notice is hereby provided that failure to file a written response will be deemed an admission that State Farm does not intend to prosecute, and the undersigned will recommend the case be dismissed without prejudice.</u> Thus, it is imperative the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 17, 2020

THOMAS S. HIXSON
United States Magistrate Judge