1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Assistant United States Attorney
3  Chief, Civil Division
   JAMES A. SCHARF (CSBN 152171)
4  Assistant United States Attorney

5     U.S. Attorney's Office/Civil Division
      150 Almaden Blvd., Suite 900
6     San Jose, CA 95113
      Telephone: (408) 535-5044
7     Fax: (408) 535-5081
      Email: james.scharf@usdoj.gov
8
   Attorneys for Defendant
9  United States of America

**GRANTED** (stamp, signed by Judge Thomas S. Hixson)

GRANTED. The Clerk shall close the file and terminate the case.
DATED: 11/13/2020

11                    UNITED STATES DISTRICT COURT
12                   NORTHERN DISTRICT OF CALIFORNIA
13                          SAN JOSE DIVISION

15  STATE FARM MUTUAL AUTOMOBILE      )  CASE NO. 20-03044-TSH
    INSURANCE COMPANY,                )
16                                    )
                  Plaintiff,          )  **STIPULATION OF DISMISSAL WITH**
17                                    )  **PREJUDICE PURSUANT TO SETTLEMENT**
         v.                           )
18                                    )
    UNITED STATES OF AMERICA,         )
19                                    )
                  Defendant.          )
20                                    )
                                      )
21  _____  )

23       Plaintiff hereby acknowledges receipt of the settlement proceeds. The parties to this
24  action hereby stipulate and agree that the above-referenced action is voluntarily dismissed with
25  prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a), and pursuant to the
26  Settlement Agreement entered into by the parties in this action.

1
2  Dated: November 13, 2020                    /s/_____
                                               Joanna Auchettl
3                                              Attorney for Plaintiff
4
5                                              David L. Anderson
                                               United States Attorney
6
7  Dated: November 13 2020                     /s/_____
                                               James A. Scharf
8                                              Assistant United States Attorney
                                               Attorneys for Defendant
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL
CASE NO. 20-03044-TSH

2